LENA SCHNEIDER, Appellant, Respondent, v. HARRY SANDLER and SARAH SANDLER, Respondents, Appellants, and LOUIS PERL and Others, Defendants.— Decision handed down March 20, 1936 [*ante*, p. 847], and the order entered thereon amended so as to read " with costs to the plaintiff." Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.